# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

———

No. 15-20245

———

STEVEN CRAIG PATTY,

Plaintiff - Appellant

v.

UNITED STATES OF AMERICA,

Defendant - Appellee

United States Court of Appeals
Fifth Circuit

**FILED**

February 5, 2016

Lyle W. Cayce
Clerk

———

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:13-CV-3173

———

Before STEWART, Chief Judge, and REAVLEY and DAVIS, Circuit Judges.

PER CURIAM:*

The judgment of the district court is affirmed for the reasons given in the opinion of the district court.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.